No. 207.  BRIDGEPORT ROLLING MILLS Co. *v.* BROWN
ET AL.  C. A. 2d Cir.  Certiorari denied.  *Robert C. Bell,*
*Jr.* for petitioner.

No. 208.  COMPTROLLER OF THE TREASURY OF MARY-
LAND, RETAIL SALES TAX DIVISION, *v.* PITTSBURGH-DES
MOINES STEEL Co.  Court of Appeals of Maryland.  Cer-
tiorari denied.  *Thomas B. Finan,* Attorney General of
Maryland, *Robert C. Murphy,* Deputy Attorney General,
and *Franklin Goldstein,* Assistant Attorney General, for
petitioner.  *Francis D. Murnaghan, Jr.* for respondent.

No. 211.  WHITE *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.  *Russell E. Parsons* for petitioner.
*Solicitor General Cox, Assistant Attorney General Miller,*
*Beatrice Rosenberg* and *Kirby W. Patterson* for the
United States.

No. 213.  AVIS, INC., ET AL. *v.* TANNER MOTOR LIVERY,
LTD.  C. A. 9th Cir.  Certiorari denied.  *Henry Duque*
and *John T. Cahill* for petitioners.  *Jack E. Hildreth* and
*William F. Peters* for respondent.

No. 215.  CHERRY MEAT PACKERS, INC., *v.* HARRIS
TRUCK LINES, INC.  C. A. 7th Cir.  Certiorari denied.
*John J. Kelly, Jr.* for petitioner.  *Harlan L. Hackbert* for
respondent.

No. 216.  IN RE ESTATE OF WILLIAMS.  Supreme Court
of Pennsylvania.  Certiorari denied.  *Paul Ginsburg*
for petitioner.  *Sanford D. Beecher* for respondent co-
guardians.